# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TOUCH AMERICA HOLDINGS, INC. | : | Jointly Administered |
| et al., | : | Case No. 03-11915 (KJC) |
| | : | |
| Debtors | : | Objection Deadline: August 4, 2003 @ 4:00 p.m. |
| | : | Hearing Date: Only if Objections Filed |

## NOTICE OF APPLICATION AND HEARING

**TO:** (a) the Debtors, (b) the Office of the United States Trustee for the District of Delaware, and (c) all parties having requested notice in these cases.

PLEASE TAKE NOTICE that on July 18, 2003, the Official Committee of Unsecured Creditors filed the attached **Application for Order Authorizing Employment of Chanin Capital Partners, LLC as Financial Advisors for the Committee of Unsecured Creditors** (the "Application"), with the United States Bankruptcy Court for the District of Delaware, 8245 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be filed with the Bankruptcy Court, served upon and received by the undersigned counsel on or before **August 4, 2003 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that, if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Application shall be scheduled before the Honorable Kevin J. Carey.

If you fail to respond in accordance with this notice, the court may grant the relief requested in the application without further notice or hearing.

Dated: July 18, 2003
    Wilmington Delaware

THE BAYARD FIRM

_____
Steven M. Yoder (No. 3885)
Christopher A. Ward (No. 3877)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile:   (302) 658-6395

- and –

David Neier, Esquire
WINSTON & STRAWN
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

- and -

Eric E. Sagerman, Esquire
David J. Richardson, Esquire
WINSTON & STRAWN
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Fax: (213) 615-1750

Proposed Attorneys for the Official Committee of Unsecured Creditors