# CERTIFICATE OF SERVICE

I, Christopher A. Ward, hereby certify that on this 18th day of July, 2003, I caused a copy of the **Application for Order Authorizing Employment of Chanin Capital Partners, LLC as Financial Advisors for the Committee of Unsecured Creditors** to be served upon the parties on the attached list via hand delivery on local counsel, and U.S. Mail on all other parties.

_____
Christopher A. Ward (ID No. 3877)

# Touch America Holdings, Inc.

## 2002 Service List

District Director
Internal Revenue Service
409 Silverside Road
Wilmington DE 19809

Secretary of Treasury
P.O. Box 7040
Dover DE 19903

Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington DC 20020

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover DE 19903

Nathan Fuchs
Securities & Exchange Commission
New York Regional Office
233 Broadway
New York NY 10279

Howard J. Berlin, Esquire
Eliot C. Abbott, Esquire
Robyn J. Spalter, Esquire
Kluger, Peretz, Kaplan & Berlin, P.A.
1700 Miami Center
201 S. Biscayne Boulevard
Miami FL 33131
*(Renegade of Idaho, Inc.)*

Gary Berger
Thomas W. Hartmann
John W. Starr
Orius Corp.
1000 Hart Road
Suite 140
Barrington IL 60010
*(Member of Creditors' Committee)*

James Hovanec
Bayport Pipeline, Inc.
9080 Teasley Lane
Denton TX 76210
*(Member of Creditors' Committee)*

Paul Bennett Bran, Esquire
Dickstein, Shapiro, Morin & Oshinsky LLP
2101 L Street, N.W.
Washington DC 20037
*(AT&T Corp.)*

R. Timothy Bryan, Esquire
Alan M. Noskow, Esquire
Piper Rudnick LLP
1775 Wiehle Avenue
Suite 400
Reston VA 20190
*(Nortel Networks Inc.)*

Tom D. Hinrichs
Oasis Telecom, Inc.
321 E. Main Street
Suite 416
P.O. Box 1985
Bozeman MT 59771-1985
*(Member of Creditors' Committee)*

Eric E. Sagerman, Esquire
Justin E. Rawlins, Esquire
David J. Richardson, Esquire
Winston & Strawn
333 South Grand Avenue
38th Floor
Los Angeles CA 90071
*(Counsel to Creditors' Committee)*

Ms. Linda Boyle
Time Warner Telecom Inc
10475 Park Meadows Drive
#400
Littleton CO 80124

# Touch America Holdings, Inc.

## 2002 Service List

Allan S. Brilliant, Esquire
Lena Mandel, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York   NY   10005-1413
*(Special Counsel to Debtors)*

Michael G. Busenkell, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington   DE   19801
*(360Networks)*

Amy Callard, Esquire
WilTel Communications, LLC
One Technology Center
Legal Department, Mail Drop 15-J
Tulsa   OK   74103

David Neier, Esquire
C. MacNeil Mitchell, Esquire
Winston & Strawn
200 Park Avenue
New York   NY   10166-4193
*(Counsel to Creditors' Committee)*

Mr. Vito DiMaio
Delaware Document Retrieval
4 East Seventh Street
P.O. Box 27
Wilmington   DE   19899
*(Parcels, Inc.)*

Dynamic Cable Constr. Co.
591 VZ CR 4823
Ben Wheeler   TX   75754-9739

Bonnie Glantz Fatell, Esquire
Elio Battista, Jr., Esquire
Blank Rome LLP
Suite 800, Chase Manhattan Centre
1201 Market Street
Wilmington   DE   19801
*(WLR Recovery Fund II, LP)*

Keith A. McDaniels, Esquire
Winston & Strawn
101 California Street
39th Floor
San Francisco   CA   94111
*(Counsel for Creditors' Committee)*

Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland   NJ   07068-1791
*(AT&T Corp.)*

Edward C. Dolan, Esquire
Victor Tabak, Esquire
Emily A. Miller, Esquire
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington   DC   20004-1109
*(Cable & Wireless USA, Inc.)*

Margaret L. Harrison, Esquire
Office of the U.S. Trustee
844 King Street
Room 2313
Wilmington   DE   19801
*(U.S. Trustee)*

Daniel J. Garfield, Esquire
Lisa A. Hogan, Esquire
Ann B. Riley, Esquire
Brownstein, Hyatt & Farber, P.C.
Suite 2200
410 17th Street
Denver   CO   80202-4402
*(Denver Crescent V, LLC and Crescent Parkway, LLC)*

Touch America
130 North Main Street
Butte   MT   59701
*(Debtor)*

# Touch America Holdings, Inc.

## 2002 Service List

Cynthia C. Hemme, Esquire
Nortel Networks Law Dept.
4010 East Chapel Hill-Nelson Highway
Mailstop D17/03/0F2
Research Triangle Park   NC   27709

John Harp
Jode Corp.
652 N. Main Street
Kalispell   MT   59901-3628
*(Chair of Creditors' Committee)*

Alan J. Lipkin, Esquire
Willkie Farr  Gallagher
787 Seventh Avenue
New York   NY   10019
*(360Networks)*

Robert S.  Brady, Esquire
Edward J. Kosmowski, Esquire
Maureen D. Luke, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington   DE   19801
*(Debtors' Counsel)*

Kurt F. Gwynne, Esquire
Richard A. Keuler, Jr., Esquire
Reed Smith LLP
1201 N. Market Street
Suite 1500
Wilmington   DE   19801
*(Qwest)*

David A. Jenkins, Esquire
Smith Katzenstein & Furlow, LLP
7th Floor
800 Delaware Avenue
Wilmington   DE   19899-0410
*(Counsel to Charles L. Grimes)*

Stuart Komrower, Esquire
Cole Schotz Meisel Forman & Leonard, P.A.
25 Main Street
Hackensack   NJ   07601
*(Gryphon Master Fund L.P.)*

Heath J. Vicente, Esquire
Darryl S. Laddin, Esquire
Arnall Golden Gregory LLP
2800 One Atlantic Center
1201 W. Peachtree Street
Atlanta   GA   30309-3450
*(Verizon Operating Telephone Companies)*

Jeanette L. Thomas, Esquire
Stoel Rives LLP
900 SW Fifth Avenue
Suite 2600
Portland   OR   97204-1268
*(Qwest)*

Mark Minuti, Esquire
Tara L. Lattomus, Esquire
Saul Ewing LLP
Suite 1200
222 Delaware Avenue
P.O. Box 1266
Wilmington   DE   19899
*(AT&T Corp.)*

Corban Communications, Inc.
901 Jupiter Road
Plano   TX   75074

Theresa M. Kohlhoff, Esquire
P.O. Box 706
Wilsonville   OR   97070
*(Northwest Metal Fab and Pipe, Inc.)*

Scott L. Jensen, Esquire
Brownstein, Rask, Sweeney, Kerr, Grim, DeSylvia & Hay, LLP
1200 S.W. Main Building
Portland   OR   97205
*(Orius Telecommunication Services)*

# Touch America Holdings, Inc.

## 2002 Service List

Andrew N. Goldman, Esquire
Jorian Rose, Esquire
Jeffrey R. Gleit, Esquire
Wilmer, Cutler & Pickering
399 Park Avenue
New York   NY   10022
*(Broadwing Communications)*

Shannon Nagle, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York   NY   10038-4982
*(WLR Recovery Fund II, LP)*

Julie K. Plowman, Esquire
Broadwing Communications, LLC
1122 Capital of Texas Highway South
Austin   TX   78746-6426

Attn: Margaret Harrison, Esquire
Office of the United States Trustee
Suite 2313
844 King Street
Lock Box 35
Wilmington   DE   19801

Thomas E. Pitts, Jr., Esquire
Michael G. Burke, Esquire
Sidley Austin Brown & Wood
787 Seventh Avenue
New York   NY   10019
*(KMC Telecom Holdings, Inc., et al.)*

Bill Angelowitz, President
Daily Insights, Inc.
JAF Box 3127
New York   NY   10116

Dwayne Richardson
PricewaterhouseCoopers
P.O. Box 31001-0068
Pasadena   CA   31001-0068
*(Top 30)*

Barbara Vallejo
Qwest Business Service
P.O. Box 856169
Louisville   KY   85616
*(Top 30)*

Randy Williams
Rocky Mountain Contractors
P.O. Box 8688
Kalispell   MT   59904-1688
*(Top 30)*

William H. Schorling, Esquire
Mark R. Owens, Esquire
Klett Rooney Lieber & Schorling, PC
Two Logan Square
12th Floor
Philadelphia   PA   19103-2756
*(WorldCom, Inc.)*

Mr. Michael Price, Sr. Managing Director
Evercore Partners
65 East 55th Street
New York   NY   10022
*(Financial Advisors to Debtors)*

Dennis Dayly
Renegade of Idaho
P.O. Box 70
Burley   ID   83318
*(Top 30)*

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 N. Orange Street
Suite 1001
Wilmington   DE   19801
*(Rocky Mountain Contractors, Inc.; Harp Engineering, Inc.)*

# Touch America Holdings, Inc.

## 2002 Service List

Attn: Chuck Helein
The Helein Law Group, P.C.
Suite 700
8180 Greensboro Drive
Mclean   VA   22102
*(Top 30)*

MIchael E. Zimmerman, Esquire
Touch America, Inc.
130 N. Main Street
Butte   MT   59701
*(Debtors)*

Danny C. Kelly, Esquire
Stoel Rives LLP
One Utah Center
Suite 1100
Salt Lake City   UT   84111-4904
*(Qwest)*

Theresa Briones
Verizon Northwest, Inc.
P.O. Box 2210
Inglewood   CA   90303-2210

Von Behren Electric
P.O. Box 11184
Springfield   IL   62791-1184
*(Top 30)*

Charles W. Hingle, Esquire
Holland & Hart LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings   MT   59103
*(U.S. Bank National Association)*

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin   TX   78755
*(County of Denton, City of Aubrey and City of Justin)*

Heath J. Vicente, Esquire
Darryl S. Laddin, Essquire
Arnall Golden Gregory LLP
1201 W. Peachtree Street
2800 One Atlantic Center
Atlanta   GA   30309-3450
*(Verizon Operating Telephone Companies)*